UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SILVIA YOVTCHEVA, <br><br> Plaintiff, <br> v. <br><br> G. ANTHONY YUTHAS, ESQ., individually and d/b/a LAW OFFICES OF G. ANTHONY YUTHAS and d/b/a HARBOR LEGAL GROUP, LLC <br><br> LAW OFFICES OF G. ANTHONY YUTHAS <br><br> HARBOR LEGAL GROUP, LLC <br> 200 Union Blvd, Suite 200 <br> Lakewood, Colorado, 80228, <br><br> Defendants. | Civil Action No. 17-2726 |

## ORDER

AND NOW, this 23rd day of June, 2017, upon consideration of Plaintiff's Motion to Amend the caption of the Complaint, it is hereby ORDERED and DECREED that said Motion is GRANTED.

The Clerk is ORDERED to substitute the document attached as Ex. "A" to the Motion for page one of the Complaint forthwith.

BY THE COURT:

MICHAEL BAYLSON
U.S. DISTRICT JUDGE